1  **KENNEDY & COUVILLIER PLLC**
   Todd E. Kennedy, Bar #6014
2  tkennedy@kclawnv.com
   Maximiliano D. Couvillier III, Bar #7661
3  mcouvillier@kclawnv.com
   3271 E. Warm Springs Rd.
4  Las Vegas, NV 89120
   Telephone: 702.605.3440
5  Fax: 702.625.6367

6  **GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP**
7  Ricardo Cestero (pro hac vice application pending)
   rcestero@ggfirm.com
8  Vishwanath Mohan (pro hac vice application pending)
   vmohan@ggfirm.com
9  2049 Century Park East, Suite 2600
   Los Angeles, California  90067
10 Telephone:  310.553.3610
   Fax:  310.553.0687

*Attorneys for Plaintiff Golden Boy Promotions, LLC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GARCIA, an individual, GUADALUPE VALENCIA, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF'S**<br><br>**CERTIFICATE OF INTERESTED PARTIES PER LR 7.1-1** |

17896-00601/4853289.5

1  Pursuant to LR 7.1-1, the undersigned attorney of record for Plaintiff, certifies that the
2  that there are no known interested parties other than those participating in the case.

3  Out of an abundance of caution, Plaintiff Golden Boy Promotions, LLC states that its sole
4  member is Golden Boy Boxing, LLC.

5  These representations are made to enable judges of the court to evaluate possible
6  disqualifications or recusal.

DATED: June 16, 2023            Respectfully Submitted,

**KENNEDY & COUVILLIER PLLC**

*/s/Maximiliano D. Couvillier III*
Todd E. Kennedy, Bar #6014
tkennedy@kclawnv.com
Maximiliano D. Couvillier III, Bar #7661
mcouvillier@kclawnv.com
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Telephone: 702.605.3440
Fax: 702.625.6367

*Attorneys for Plaintiff Golden Boy Promotions, LLC.*

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590