1

2

3

4

5

6
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8                                                          )        Case #2:23-cv-00942_____
                                                           )
9    GOLDEN BOY PROMOTIONS, LLC,                            )
                                                           )
                                                           )        **VERIFIED PETITION FOR**
10                 Plaintiff(s),                           )        **PERMISSION TO PRACTICE**
                                                           )        **IN THIS CASE ONLY BY**
11          vs.                                            )        **ATTORNEY NOT ADMITTED**
                                                           )        **TO THE BAR OF THIS COURT**
12   RYAN GARCIA, et al.                                   )        **AND DESIGNATION OF**
                                                           )        **LOCAL COUNSEL**
13                                                         )
                   Defendant(s).                           )
14   _____              )        FILING FEE IS $250.00

15

16   _____James Pearl_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)

17

18          1.      That Petitioner is an attorney at law and a member of the law firm of

19   _____Paul Hastings LLP_____
                                        (firm name)

20   with offices at _____1999 Avenue of the Americas_____,
                                         (street address)

21   _____Century City_____, _____California_____, _____90067_____,
22           (city)                      (state)              (zip code)

23   _____310-620-5730_____, _____jamespearl@paulhastings.com_____.
         (area code + telephone number)           (Email address)

24

25          2.      That Petitioner has been retained personally or as a member of the law firm by

26   _____Ryan Garcia and Guadalupe Valencia_____ to provide legal representation in connection with
                        [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                                                        Rev. 5/16

3.    That since _____12/03/1998_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | 12/03/1998 | 198481 |
| Central District of California | 2/17/2020 | |
| Northern District of California | 3/14/2022 | |
| US Court of Appeals, Fourth Circuit | 11/15/2017 | |
| US Court of Appeals, Fifth Circuit | 9/11/2018 | |
| US Court of Appeals, Ninth Circuit | 10/27/2014 | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> None

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  _____

                                         Petitioner's signature

STATE OF _____California_____ )

5                                 )

COUNTY OF ___Los Angeles___ )

6

7  _____James Pearl_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  _____

                                         Petitioner's signature

10  Subscribed and sworn to before me this

11

12  _26th_ day of _July_, _2023_ .

                                         EVELYN CHUN
                                      Notary Public - California
                                      Los Angeles County

13  _____

                                        Commission # 2424601
        Notary Public or Clerk of Court        My Comm. Expires Oct 31, 2026

14

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**

    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18

believes it to be in the best interests of the client(s) to designate ___J. Colby Williams___,

19                                                          (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

above-entitled Court as associate resident counsel in this action.  The address and email address of

21

said designated Nevada counsel is:

22

23  _____710 South Seventh Street_____,

24                                    (street address)

25  _____Las Vegas_____, _____Nevada_____, ___89101___,

        (city)                    (state)           (zip code)

26  ___702-382-5222___, ___jcw@cwlawlv.com___.

  (area code + telephone number)         (Email address)

27

28

                                        4                                     Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____ J. Colby Williams _____ as
                                        (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ **Ryan Garcia**
_____
(party's signature)

Ryan Garcia
_____
(type or print party name, title)

/s/ **Guadalupe Valencia**
_____
(party's signature)

Guadalupe Valencia
_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5549                          jcw@cwlawlv.com
_____
Bar number                    Email address

APPROVED:

Dated: this ___15th___ day of ___August___, 20_23_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16