# EXHIBIT C

State of Delaware's Entity Details for Golden Boy Promotions, LLC

## State of Delaware
### The Official Website of the First State

**Department of State: Division of Corporations**

Allowable Characte

**HOME**

<div align="center">Entity Details</div>

<div align="center" style="color:red">THIS IS NOT A STATEMENT OF GOOD STANDING</div>

| | | | |
|---|---|---|---|
| File Number: | 4547064 | Incorporation Date / Formation Date: | 5/13/2008 (mm/dd/yyyy) |
| Entity Name: | GOLDEN BOY PROMOTIONS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | COGENCY GLOBAL INC. | | |
| Address: | 850 NEW BURTON ROAD SUITE 201 | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19904 |
| Phone: | 800-483-1140 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like   ○ Status   ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]      [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.