# EXHIBIT E

Printout of the Disclaimer webpage for
www.goldenboypromotions.com, accessed on August 15, 2023

HOME   FIGHTERS   EVENTS   TICKETS   SHOP   NEWS   ABOUT

GET VIP ACCESS »

# DISCLAIMER

Golden Boy Promotions LLC is committed to keeping this website up to date and accurate. Should you nevertheless encounter anything that is incorrect or out of date, we would appreciate it if you could let us know. Please indicate where on the website you read the information. We will then look at this as soon as possible. Please send your response by email to: privacy@goldenboypromotions.com.

We are not liable for loss as a result of inaccuracies or incompleteness, nor for loss resulting from problems caused by or inherent to the dissemination of information through the internet, such as disruptions or interruptions. When using web forms, we strive to limit the number of required fields to a minimum. For any loss suffered as a result of the use of data, advice or ideas provided by or on behalf of Golden Boy Promotions LLC via this website, Golden Boy Promotions LLC accepts no liability.

The use of the website and all its components (including forums) is subject to terms of use ↗ . The mere use of this website implies the knowledge and the acceptance of these terms of use.

Responses and privacy inquiries submitted by email or using a web form will be treated in the same way as letters. This means that you can expect a response from us within a period of 1 month at the latest. In the case of complex requests, we will let you know within 1 month if we need a maximum of 3 months.

Any personal data you provide us with in the context of your response or request for information will only be used in accordance with our privacy statement.

Golden Boy Promotions LLC shall make every reasonable effort to protect its systems against any form of unlawful use. Golden Boy Promotions LLC shall implement appropriate technical and organizational measures to this end, taking into account, among other things, the state of the art. However, it shall not be liable for any loss whatsoever, direct and/or indirect, suffered by a user of the website, which arises as a result of the unlawful use of its systems by a third party.

Golden Boy Promotions LLC accepts no responsibility for the content of websites to which or from which a hyperlink or other reference is made. Products or services offered by third parties shall be subject to the applicable terms and conditions of those third parties.

All intellectual property rights to content on this website are vested in Golden Boy Promotions LLC or in third parties who have placed the content themselves or from whom Golden Boy Promotions LLC has obtained a user license.

Copying, disseminating and any other use of these materials is not permitted without the written permission of Golden Boy Promotions LLC, except and only insofar as otherwise stipulated in regulations of mandatory law (such as the right to quote), unless specific content dictates otherwise.

If you have any questions or problems with the accessibility of the website, please do not hesitate to contact us.

    

PRIVACY POLICY     ABOUT     CONTACT US     DISCLAIMER     OPT-OUT PREFERENCES

COOKIE POLICY (EU)



© 2023 GOLDEN BOY PROMOTIONS, INC. ALL RIGHTS RESERVED.

Developed with 🖤 by 6StringMedia

7