# EXHIBIT F

Golden Boy Boxing Holdings LLC's Statements of Information, filed with the Secretary of State of California on February 18, 2022

| | | | |
|---|---|---|---|
| Secretary of State<br>**Statement of Information**<br>(Limited Liability Company) | **LLC-12** | **22-B11799**<br>**FILED**<br>In the office of the Secretary of State<br>of the State of California<br>**FEB 18, 2022** | |

**IMPORTANT** — This form can be filed online at bizfile.sos.ca.gov.
Read instructions **before completing this form.**
**Filing Fee - $20.00**
**Copy Fees -** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC. If you registered in California using an alternate name, see instructions.)

GOLDEN BOY BOXING HOLDINGS, LLC

**2. 12-Digit Secretary of State Entity Number**

200814410075

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)

DELAWARE

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>626 Wilshire Blvd., Suite 350 | Los Angeles | CA | 90017 |
| b. Mailing Address of LLC, **if different than item 4a**<br>626 Wilshire Blvd., Suite 350 | Los Angeles | CA | 90017 |
| c. Street Address of **California** Office, if Item 4a is not in California<br>Do not list a P.O. Box<br>626 Wilshire Blvd., Suite 350 | Los Angeles | **CA** | 90017 |

**5. Manager(s) or Member(s)**   If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an additional managers/members, enter the names(s) and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Oscar | | De La Hoya | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 626 Wilshire Blvd., Suite 350 | Los Angeles | CA | 90017 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation)<br>Marco | Middle Name | Last Name<br>Pelayo | Suffix |
|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box**<br>626 Wilshire Blvd., Suite 350 | City (no abbreviations)<br>Los Angeles | State<br>**CA** | Zip Code<br>90017 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
|  |

**7. Type of Business**

| Describe the type of business or services of the Limited Liability Company |
|---|
| Boxing Promotions |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
|  |  |  |  |
| b. Address | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**9. Labor Judgment**

| Does a Manager or Member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code? | ☐ Yes   ☑ No |
|---|---|

**10.** By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 02/18/2022 | Marco Pelayo | Chief Financial Officer |  |
|---|---|---|---|
| Date | Type or Print Name | Title | Signature |