**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
JAMES M. PEARL (*pro hac vice*)
jamespearl@paulhastings.com
EMMA FARROW (*pro hac vice*)
emmafarrow@paulhastings.com
1999 Avenue of the Stars, 27th Fl.
Century City, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

ADAM M. REICH (*pro hac vice*)
adamreich@paulhastings.com
71 South Wacker Drive, 45th Fl.
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN GARCIA. an individual, GUADALUPE VALENCIA, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00942-APG-VCF<br><br>**INDEX OF EXHIBITS IN SUPPORT OF RYAN GARCIA'S MOTION TO DISMISS**<br><br>Judge: The Hon. Andrew P. Gordon<br>Date Action Filed: June 16, 2023 |

Pursuant to LR IA 10-3 of the Local Rules of Practice for the United States District Court of Nevada, Defendant Ryan Garcia, by and through his counsel of record, hereby submit this Index of Exhibits in Support of Ryan Garcia's Motion to Dismiss:

| Exhibit | Description | Pages |
|---------|-------------|-------|
| NA | Declaration of James M. Pearl | 1 - 2 |
| A | Agreement between Golden Boy Promotions, LLC and Ryan Garcia, dated September 18, 2019<br>***FILED UNDER SEAL*** | 1 - 14 |
| B | Agreement between Golden Boy Promotions, LLC and Ryan Garcia, dated November 1, 2016<br>***FILED UNDER SEAL*** | 1 - 14 |
| C | Letter from James Pearl to Golden Boy Promotions, LLC, dated June 9, 2023<br>***FILED UNDER SEAL*** | 1 – 9 |

DATED: August 21, 2023                    CAMPBELL & WILLIAMS

                                          By:     */s/ J. Colby Williams*
                                                J. COLBY WILLIAMS

                                          *Attorney for Defendant*
                                          Ryan Garcia