1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
JAMES M. PEARL (*pro hac vice*)
jamespearl@paulhastings.com
EMMA FARROW (*pro hac vice*)
emmafarrow@paulhastings.com
1999 Avenue of the Stars, 27th Fl.
Century City, California  90067
Telephone:  (310) 620-5700
Facsimile:  (310) 620-5899

ADAM M. REICH (*pro hac vice*)
adamreich@paulhastings.com
71 South Wacker Drive, 45th Fl.
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

*Attorneys for Defendant Ryan Garcia*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN GARCIA. an individual, GUADALUPE VALENCIA, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00942-APG-VCF<br><br>**DECLARATION OF JAMES M. PEARL IN SUPPORT OF DEFENDANT RYAN GARCIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Judge: The Hon. Andrew P. Gordon<br>Date Action Filed: June 16, 2023 |

CASE NO. 2:23-CV-00942-APG-VCF

DECLARATION OF JAMES M. PEARL ISO DEFENDANT RYAN GARCIA'S MOTION TO DISMISS

I, James M. Pearl, declare as follows:

      1.     I am an attorney admitted to practice law before all Courts in the State of California and before this Court, *pro hac vice*.  I am a partner at the law firm of Paul Hastings LLP, counsel of record for Defendant Ryan Garcia in the above-captioned matter.  I have personal knowledge of the matters discussed below and if called upon to do so, I could and would testify to these facts.

      2.     I make this Declaration in Support of Defendant Ryan Garcia's Motion to Dismiss Plaintiff's Complaint.

      3.     Attached hereto as **Exhibit A** is a true and correct copy of the agreement between Golden Boy Promotions, LLC and Ryan Garcia ("Agreement") regarding the grant of Ryan Garcia's exclusive promotional rights to Golden Boy Promotions, LLC dated September 18, 2019.

      4.     Attached hereto as **Exhibit B** is a true and correct copy of the agreement between Golden Boy Promotions, LLC and Ryan Garcia regarding the grant of Ryan Garcia's exclusive promotional rights to Golden Boy Promotions, LLC, dated November 1, 2016.

      5.     Attached hereto as **Exhibit C** is a true and correct copy of the letter from James "Bo" Pearl, counsel for Defendant Ryan Garcia, to Golden Boy Promotions, LLC regarding the Notice of Breaches of Agreement by Golden Boy Promotions, LLC, dated June 9, 2023.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed this 21st day of August, 2023 at Century City, California.

                          */s/ James M. Pearl*
                          JAMES M. PEARL

DECLARATION OF JAMES M.
PEARL ISO DEFENDANT RYAN
GARCIA'S MOTION TO DISMISS