# EXHIBIT A

Agreement between Golden Boy Promotions, LLC and Ryan Garcia, dated September 18, 2019

# FILED UNDER SEAL