# EXHIBIT B

Agreement between Golden Boy Promotions, LLC and Ryan Garcia, dated November 1, 2016

# FILED UNDER SEAL