# EXHIBIT C

Letter from James Pearl to Golden Boy Promotions, LLC, dated June 9, 2023

# FILED UNDER SEAL