**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
JAMES M. PEARL (*pro hac vice*)
jamespearl@paulhastings.com
EMMA FARROW (*pro hac vice*)
emmafarrow@paulhastings.com
1999 Avenue of the Stars, 27th Fl.
Century City, California  90067
Telephone:  (310) 620-5700
Facsimile:  (310) 620-5899

ADAM M. REICH (*pro hac vice*)
adamreich@paulhastings.com
71 South Wacker Drive, 45th Fl.
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

*Attorneys for Defendant Ryan Garcia*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN GARCIA. an individual, GUADALUPE VALENCIA, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00942-APG-VCF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RYAN GARCIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Judge: The Hon. Andrew P. Gordon<br>Date Action Filed: June 16, 2023 |

1         After consideration of the pleadings, briefs, as well as all other matters presented to the

2   Court, and good cause having been shown, the Court rules as follows:

3         Motion to Dismiss Plaintiff's Complaint is GRANTED and Plaintiffs' Complaint is

4   dismissed with prejudice as to Defendant Ryan Garcia, pursuant to Rules 12(b)(1), 12(b)(6), and

5   12(h)(3) of the Federal Rules of Civil Procedure.

6

7   **IT IS SO ORDERED**

8

9   Dated**:** _____          By: _____

10                                          THE HONORABLE ANDREW W. GORDON
                                           UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28