| | |
|---|---|
| 1 | **CAMPBELL & WILLIAMS** |
| | J. COLBY WILLIAMS (Nev. Bar No. 5549) |
| 2 | jcw@cwlawlv.com |
| | 710 South Seventh Street, Suite A |
| 3 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 382-5222 |
| 4 | Facsimile: (702) 382-0540 |
| | |
| 5 | **PAUL HASTINGS LLP** |
| | JAMES M. PEARL (*pro hac vice*) |
| 6 | jamespearl@paulhastings.com |
| | EMMA FARROW (*pro hac vice*) |
| 7 | emmafarrow@paulhastings.com |
| | 1999 Avenue of the Stars, 27th Fl. |
| 8 | Century City, California 90067 |
| | Telephone: (310) 620-5700 |
| 9 | Facsimile: (310) 620-5899 |
| | |
| 10 | ADAM M. REICH (*pro hac vice*) |
| | adamreich@paulhastings.com |
| 11 | 71 South Wacker Drive, 45th Fl. |
| | Chicago, Illinois 60606 |
| 12 | Telephone: (312) 499-6000 |
| | Facsimile: (312) 499-6100 |
| 13 | |
| 14 | **UNITED STATES DISTRICT COURT** |
| 15 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| 17 | GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company, | CASE NO. 2:23-cv-00942-APG-VCF |
| 18 | | **INDEX OF EXHIBITS TO THE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RYAN GARCIA'S MOTION TO DISMISS** |
| 19 | Plaintiff, | |
| 20 | vs. | |
| 21 | RYAN GARCIA. an individual, GUADALUPE VALENCIA, an individual, and DOES 1 through 25, inclusive, | Judge: The Hon. Andrew P. Gordon |
| 22 | | Date Action Filed: June 16, 2023 |
| 23 | Defendants. | |

CASE NO. 2:23-CV-00942-APG-VCF                    INDEX OF EXHIBITS

Pursuant to LR IA 10-3 of the Local Rules of Practice for the United States District Court of Nevada, Defendant Ryan Garcia, by and through his counsel of record, hereby submit this Index of Exhibits to the Request for Judicial Notice in Support of Ryan Garcia's Motion to Dismiss:

| Exhibit | Description | Pages |
|---|---|---|
| NA | Request for Judicial Notice in Support of Defendant Ryan Garcia's Motion to Dismiss. | |
| A | Plaintiff's Statements of Information, filed with the Secretary of State of California on May 21, 2008 | 1 – 2 |
| B | Plaintiff's Statements of Information, filed with the Secretary of State of California on February 18, 2022 | 1 – 2 |
| C | Golden Boy Boxing Holdings LLC Statements of Information, filed with the Secretary of State of California on February 18, 2022 | 1 – 2 |
| D | State of Delaware's Entity Details for Plaintiff, from the Delaware Department of State Division of Corporations | 1 – 1 |
| E | Printout of the Disclaimer webpage for www.goldenboypromotions.com, accessed on August 15, 2023 | 1 – 1 |
| F | Printout of the Cookie Policy (EU) webpage for www.goldenboypromotions.com, accessed on August 15, 2023 | 1 – 2 |

DATED: August 21, 2023

CAMPBELL & WILLIAMS

By: ___*/s/ J. Colby Williams*___
J. COLBY WILLIAMS

*Attorney for Defendant*
Ryan Garcia