**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
JAMES M. PEARL (*pro hac vice*)
jamespearl@paulhastings.com
EMMA FARROW (*pro hac vice*)
emmafarrow@paulhastings.com
1999 Avenue of the Stars, 27th Fl.
Century City, California  90067
Telephone:  (310) 620-5700
Facsimile:  (310) 620-5899

ADAM M. REICH (*pro hac vice*)
adamreich@paulhastings.com
71 South Wacker Drive, 45th Fl.
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

*Attorneys for Defendant Ryan Garcia*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN GARCIA. an individual, GUADALUPE VALENCIA, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00942-APG-VCF<br><br>**DECLARATION OF JAMES M. PEARL IN SUPPORT OF DEFENDANT RYAN GARCIA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RYAN GARCIA'S MOTION TO DISMISS**<br><br>Judge: The Hon. Andrew P. Gordon<br>Date Action Filed: June 16, 2023 |

I, James M. Pearl, declare as follows:

1. I am an attorney admitted to practice law before all Courts in the State of California and before this Court, *pro hac vice*. I am a partner at the law firm of Paul Hastings LLP, counsel of record for Defendant Ryan Garcia in the above-captioned matter. I have personal knowledge of the matters discussed below and if called upon to do so, I could and would testify to these facts.

2. I make this Declaration in Support of Defendant Ryan Garcia's Request for Judicial Notice.

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Statements of Information, filed with the Secretary of State of California on May 21, 2008 ("2008 Golden Boy Promotions, LLC California Statement of Information").

4. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Statements of Information, filed with the Secretary of State of California on February 18, 2022 ("2022 Golden Boy Promotions, LLC California Statement of Information").

5. Attached hereto as **Exhibit C** is a true and correct copy of Golden Boy Boxing Holdings LLC Statements of Information, filed with the Secretary of State of California on February 18, 2022 ("2022 Golden Boy Boxing Holdings, LLC California Statement of Information").

6. Attached hereto as **Exhibit D** is a true and correct copy of the State of Delaware's Entity Details for Plaintiff, from the Delaware Department of State Division of Corporations, publicly available and accessible at https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx ("Delaware Entity Details").

7. Attached hereto as **Exhibit E** is a printout of the Disclaimer webpage for www.goldenboypromotions.com, accessed by attorneys at my direction on August 15, 2023, stating that Plaintiff "is committed to keeping this website up to date and accurate" ("Plaintiff's Disclaimer Page"). Plaintiff's Disclaimer Page is publicly accessible by typing https://www.goldenboypromotions.com/disclaimer/ into the URL search bar.

8. Attached hereto as **Exhibit F** is a printout of the Cookie Policy (EU) webpage for

CASE NO. 2:23-CV-00942-APG-VCF — - 1 -   DECLARATION OF JAMES M. PEARL ISO DEF. RYAN GARCIA'S RJN ISO DEF. RYAN GARCIA'S MTD

1  www.goldenboypromotions.com, accessed by attorneys at my direction on August 15, 2023, stating that, "[t]his Cookie Policy was last update on June 19, 2023 . . ." identifying Plaintiff as the entity to contact "[f]or questions and/or comments" about the Cookie Policy, and representing that Plaintiff's contact information includes the following address, website, and telephone number: 626 Wilshire Blvd., Suite 350, Los Angeles, CA 90017, https://www.goldenboypromotions.com, (323)-886-0660 ("Plaintiff's Cookie Policy")

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of August, 2023 at Century City, California.

                                          */s/ James M. Pearl*
                                          JAMES M. PEARL

CASE NO. 2:23-CV-00942-APG-VCF  - 2 -  DECLARATION OF JAMES M. PEARL ISO DEF. RYAN GARCIA'S RJN ISO DEF. RYAN GARCIA'S MTD