# EXHIBIT B

Plaintiff's Statements of Information, filed with the Secretary of State of California on February 18, 2022

| | | |
|---|---|---|
| **Secretary of State**<br>**Statement of Information**<br>(Limited Liability Company) | LLC-12 | **22-B11739**<br>**FILED**<br>In the office of the Secretary of State<br>of the State of California<br>**FEB 18, 2022** |

**IMPORTANT** — This form can be filed online at bizfile.sos.ca.gov.
Read instructions before completing this form.
**Filing Fee** - $20.00
**Copy Fees** - First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC. If you registered in California using an alternate name, see instructions.)

GOLDEN BOY PROMOTIONS, LLC

| 2. 12-Digit Secretary of State Entity Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200814410080 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>626 Wilshire Blvd., Suite 350 | Los Angeles | CA | 90017 |
| b. Mailing Address of LLC, **if different than item 4a**<br>626 Wilshire Blvd., Suite 350 | Los Angeles | CA | 90017 |
| c. Street Address of **California** Office, if Item 4a is not in California<br>Do not list a P.O. Box<br>626 Wilshire Blvd., Suite 350 | Los Angeles | **CA** | 90017 |

**5. Manager(s) or Member(s)** — If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an additional managers/members, enter the names(s) and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| Golden Boy Boxing Holdings LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 626 Wilshire Blvd., Suite 350 | Los Angeles | CA | 90017 |

LLC-12 (REV 12/2021)  Page 1 of 2  2021 California Secretary of State
bizfile.sos.ca.gov
Ex. B Page 1 of 2

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Marco |  | Pelayo |  |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 626 Wilshire Blvd., Suite 350 | Los Angeles | CA | 90017 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

Describe the type of business or services of the Limited Liability Company

Boxing Promotions

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Oscar |  | De La Hoya |  |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 626 Wilshire Blvd., Suite 350 | Los Angeles | CA | 90017 |

**9. Labor Judgment**

Does a Manager or Member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code?  ☐ Yes  ☐ No

**10.** By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 02/18/2022 | Marco Pelayo | Chief Financial Officer |  |
|---|---|---|---|
| Date | Type or Print Name | Title | Signature |

LLC-12 (REV 12/2021)   Page 2 of 2   2021 California Secretary of State
bizfile.sos.ca.gov
Ex. B Page 2 of 2