1   **CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
2   jcw@cwlawlv.com
710 South Seventh Street, Suite A
3   Las Vegas, Nevada 89101
Telephone: (702) 382-5222
4   Facsimile: (702) 382-0540

5   **PAUL HASTINGS LLP**
JAMES M. PEARL (*pro hac vice*)
6   jamespearl@paulhastings.com
EMMA FARROW (*pro hac vice*)
7   emmafarrow@paulhastings.com
1999 Avenue of the Stars, 27th Fl.
8   Century City, California  90067
Telephone:  (310) 620-5700
9   Facsimile:  (310) 620-5899

10   ADAM M. REICH (*pro hac vice*)
adamreich@paulhastings.com
11   71 South Wacker Drive, 45th Fl.
Chicago, Illinois 60606
12   Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
13
*Attorneys for Defendant Ryan Garcia*
14

15

16                    **UNITED STATES DISTRICT COURT**

                            **DISTRICT OF NEVADA**
17

18

19   GOLDEN BOY PROMOTIONS, LLC, a          CASE NO. 2:23-cv-00942-APG-VCF
     Delaware limited liability company,
20                                           **RYAN GARCIA'S MOTION FOR**
                    Plaintiff,               **LEAVE TO FILE UNDER SEAL**
21
            vs.                              Judge: The Hon. Andrew P. Gordon
22                                           Date Action Filed:  June 16, 2023
     RYAN GARCIA. an individual, GUADALUPE
23   VALENCIA, an individual, and DOES 1     [Motion to Dismiss and Motion for Judicial
     through 25, inclusive,                  Notice filed concurrently herewith]
24
                    Defendants.
25

26

27

28

1    Pursuant to LR IA 10-5 of the Local Rules of Practice for the United States District Court

2  of Nevada, Defendant Ryan Garcia, by and through his counsel of record, hereby requests leave to

3  file under seal Ryan Garcia's Motion to Dismiss, Exhibits A-C to Ryan Garcia's Motion to Dismiss,

4  and Ryan Garcia's Motion for Leave to File Under Seal.

5    This Motion is based upon the following Memorandum of Points and Authorities, the

6  pleadings and papers filed in this action, and all other matters of which the Court may take judicial

7  notice.

8                              **MEMORANDUM OF POINTS AND AUTHORITIES**

9    LR IA 10-5(a) requires papers filed with the Court under seal to be accompanied by a

10  motion for leave to file those documents under seal.  *See* LR IA 10-5(a).  The Supreme Court

11  recognizes a "general right to inspect and copy public records and documents, including judicial

12  records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978).  However,

13  the Ninth Circuit has held that such right is not absolute.  *See Kamakana v. City & Cnty. of Honolulu*,

14  447 F.3d 1172, 1178-79 (9th Cir. 2006); *see also Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d

15  1122, 1135 (9th Cir. 2003).  A party may overcome the presumption of access by showing that

16  "compelling reasons supported by specific factual findings [ …] outweigh the general history of

17  access and the public policies favoring disclosure."  *Kamakana*, 447 F.3d at 1178-79 (citation

18  omitted) (internal quotation marks omitted).  "[C]ompelling reasons" sufficient to outweigh the

19  public's interest in disclosure and justify sealing court records exist when such 'court files might

20  have become a vehicle for improper purposes,' such as the use of records to gratify private spite,

21  promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179

22  (citations omitted).

23    To preserve the confidentiality of Ryan Garcia and Golden Boy Promotions LLC's sensitive

24  business and financial information, the Agreement obligates the parties to maintain strict

25  confidentiality as to the terms of the Agreement and provides for liquidated damages in the amount

26  of ▮▮▮▮▮ in the event that either party breaches their confidentiality agreement. (*See* Pearl Decl.

27  Ex A. § 14)  Specifically, Section 14 of the Agreement states:

28

1

2

3

4

5

6

7

8

9

10

11

12



13       (Pearl Decl. Ex. A at § 14.)

14       Despite being subject to a strict obligation to keep confidential the terms of the Agreement,

15  Plaintiff has breached its confidentiality obligations on more than one occasion.  Plaintiff breached

16  its confidentiality obligations by directly referencing and quoting specific terms of the Agreement

17  in the publicly filed Complaint, to the detriment of Ryan Garcia.  (*See* Compl. ¶¶ 1, 9, 10, 20, 21.)

18  Given Ryan Garcia is one of the most popular and promising professional athletes in the sport of

19  boxing today, Plaintiff's pubic filing immediately became the basis of extensive press coverage.

20  For example, Plaintiff's public Complaint became the basis for an article published by ESPN just

21  hours after the filing on June 16, 2023.  *See* Mike Coppinger, *Golden Boy files suit against Ryan*

22  *Garcia      to      enforce      contract,*      ESPN      (Jun      16,      2023),

23  https://www.espn.com/boxing/story/_/id/37866532/golden-boy-files-suit-ryan-garcia-enforce-

24  contract.  Plaintiff's public Complaint and references to confidential provisions of the Agreement

25  were also the basis of many other articles such as an article published by Boxing Scene and Bleacher

26  Report on June 17, 2023.  *See, e.g.*, Keith Idec, *Golden Boy Promotions Files Lawsuit Against Ryan*

27  *Garcia,   Lupe   Valencia   To   Enforce   Contract*,   Boxing   Scene   (Jun   17,   2023),

28  https://www.boxingscene.com/golden-boy-promotions-files-lawsuit-against-ryan-garcia-lupe-

1   valencia-enforce-contract--175448; *see also* Mike Chiari, *Oscar De La Hoya's Golden Boy*

2   *Promotions Sues Ryan Garcia to Enforce Boxing Contract*, Bleacher Report (June 17, 2023),

3   https://bleacherreport.com/articles/10079658-oscar-de-la-hoyas-golden-boy-promotions-sues-

4   ryan-garcia-to-enforce-boxing-contract.

5        Similarly, on July 19th, 2023, Plaintiff's co-owner, Oscar De La Hoya, disclosed

6   confidential information regarding the Agreement on the well-known podcast *The MMA Hour*.  *See*

7   Steven Marroco, *Oscar De La Hoya addresses Ryan Garcia lawsuit, ongoing Eddie Hearn feud*,

8   MMA Fighting (July 19, 2023), https://www.mmafighting.com/2023/7/19/23800916/oscar-de-la-

9   hoya-addresses-ryan-garcia-lawsuit-ongoing-eddie-hearn-feud.   De La Hoya discussed specific

10  details regarding this case, as well as terms of the Agreement, legal and business affairs,

11  professional relationships, and Garcia's financial earnings.  *Id.*  Again given the notoriety of Ryan

12  Garcia, De La Hoya's comments quickly became fodder for press and social media attention.  *See,*

13  *e.g.*, *Oscar De La Hoya opens up about feud with rising star Ryan Garcia*, Marca (July 20, 2023),

14  https://www.marca.com/en/boxing/2023/07/20/64b9831a22601d04678b45d2.html; *see also* Sean

15  Crose, *Oscar De La Hoya On Ryan Garcia: "Just Honor Your Contract"*, Boxing Insider (July 19,

16  2023),        https://www.boxinginsider.com/headlines/oscar-de-la-hoya-on-ryan-garcia-just-honor-

17  your-contract/; *see also* @MichaelBensonn, X (July 19, 2023, 12:21pm).

18       Exhibits A, B, and C consist of documents that are confidential in nature, and/or contain

19  confidentiality provisions.  Disclosure of Exhibits A, B, and C could result in harm to Ryan

20  Garcia if made further public than Plaintiff already has; and, given Oscar De La Hoya's past

21  conduct, the information is particularly at risk of being used by Oscar De La Hoya to "gratify

22  private spite, [and] promote public scandal…"   *Kamakana*, 477 F.3d at 1179 (citations

23  omitted).   Similarly, Ryan Garcia's Motion to Dismiss and Motion for Leave to File Under

24  Seal, directly quote sections of Exhibits A and B.  The disclosure of such sections could result in

25  harm to Ryan Garcia.  *Id*; *see also Nev. W. Petroleum, LLC v. BP W. Coast Prods., LLC*, No.

26  2:15-cv-01684 APG-PAL, 2016 WL 5107089, at *2 (D. Nev. Sep. 16, 2016) ("If the motion

27  to seal itself contains confidential information, the moving party may file a redacted motion

28  to seal on the public docket and an unredacted motion under seal.")

1    Accordingly, although Plaintiff has already breached these confidentiality obligations and

2    disclosed portions of the Agreement, out of an abundance of caution Defendants respectfully

3    request this Court issue an order permitting the filing of the materials described above under seal.

4

5    DATED: August 21, 2023                          CAMPBELL & WILLIAMS

6

7                                              By:_____/s/ J. Colby Williams_____
                                                      J. COLBY WILLIAMS

8                                              *Attorney for Defendant*
                                               Ryan Garcia
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I hereby certify under penalty of perjury that on August 21, 2023, I authorized the

3   electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which

4   will send notification of such filing to all parties on the e-service list.

5

6                                  By:        */s/ J. Colby Williams*
                                              J. COLBY WILLIAMS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I am employed by Campbell & Williams in Las Vegas, Nevada.  I am over the age of 18, and not a party to the within action.  My business address is 710 S. Seventh Street, Suite A, Las Vegas, Nevada 89101.

On August 21, 2023, I served the foregoing document(s) described as:

1. **RYAN GARCIA'S MOTION FOR LEAVE TO FILE UNDER SEAL**

2. **DEFENDANT RYAN GARCIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

3. **EXHIBITS A-C ATTACHED TO THE DECLARATION OF JAMES M. PEARL IN SUPPORT OF DEFENDANT RYAN GARCIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

on the interested parties by personally emailing the aforementioned document(s) in PDF format to all persons appearing on the below Service List at the corresponding email addresses set forth therein.

**SERVICE LIST**

| | |
|---|---|
| **KENNEDY & COUVILLIER PLLC**<br>Todd E. Kennedy, Esq.<br>tkennedy@kclawnv.com<br>Maximiliano D. Couvillier III, Esq.<br>mcouvillier@kclawnv.com<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120<br>Telephone: 702.605.3440<br>Fax: 702.625.6367 | **GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**<br>Ricardo Cestero<br>rcestero@ggfirm.com<br>Vishwanath Mohan<br>vmohan@ggfirm.com<br>2049 Century Park East, Suite 2600<br>Los Angeles, California 90067<br>Telephone: 310.553.3610<br>Fax: 310.553.0687 |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on August 21, 2023.

By:_____ */s/ John Y. Chong*_____
John Y. Chong