**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
JAMES M. PEARL (*pro hac vice*)
jamespearl@paulhastings.com
EMMA FARROW (*pro hac vice*)
emmafarrow@paulhastings.com
1999 Avenue of the Stars, 27th Fl.
Century City, California  90067
Telephone:  (310) 620-5700
Facsimile:  (310) 620-5899

ADAM M. REICH (*pro hac vice*)
adamreich@paulhastings.com
71 South Wacker Drive, 45th Fl.
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

*Attorneys for Defendant Ryan Garcia*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN GARCIA. an individual, GUADALUPE VALENCIA, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00942-APG-VCF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RYAN GARCIA'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge: The Hon. Andrew P. Gordon<br>Date Action Filed: June 16, 2023 |

After consideration of the Motion for Leave to File Under Seal portions of Defendant Ryan Garcia's Motion to Dismiss Plaintiff's Complaint, Motion for Leave to File Under Seal, Exhibits A-C to the Declaration of James M. Pearl, and good cause having been shown, the Court rules as follows:

IT IS HEREBY ORDERED THAT the following portions of Defendant Ryan Garcia's Motion to Dismiss Plaintiff's Complaint, Motion for Leave to File Under Seal, and Exhibits to the Declaration of James B. Pearl shall be filed under seal:

1. Portions of Defendant Ryan Garcia's Motion to Dismiss Plaintiff's Complaint:
   a. Page 2, Lines 14-16
   b. Page 5, Lines 4-10
   c. Page 5, Lines 23-25
   d. Page 6, Lines 6-9
   e. Page 9; Lines 7-9
   f. Page 9, Lines 20-21
   g. Page 9, Lines 22-24
   h. Page 11, Line 7
2. Portions of Defendant Ryan Garcia's Motion for Leave to File Under Seal:
   a. Page 1, Line 26
   b. Page 2, Lines 1-12
3. Exhibits to the Declaration of James M. Pearl:
   a. Ex. A
   b. Ex. B
   c. Ex. C

**IT IS SO ORDERED**

Dated: _____

By: _____
THE HONORABLE ANDREW W. GORDON
UNITED STATES DISTRICT COURT JUDGE