**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
JAMES M. PEARL (pro hac vice)
jamespearl@paulhastings.com
EMMA FARROW (pro hac vice)
emmafarrow@paulhastings.com
1999 Avenue of the Stars, 27th Fl.
Century City, California  90067
Telephone:  (310) 620-5700
Facsimile:  (310) 620-5899

ADAM M. REICH (pro hac vice)
adamreich@paulhastings.com
71 South Wacker Drive, 45th Fl.
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100

*Attorneys for Defendant Ryan Garcia*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN GARCIA. an individual, GUADALUPE VALENCIA, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00942-APG-VCF<br><br>**DEFENDANT RYAN GARCIA'S CERTIFICATE OF INTERESTED PARTIES** |

Defendant Ryan Garcia hereby states that there are no known interested parties other than those participating in this case. Ryan Garcia was a citizen of the state of California when this action was filed and remains a citizen of California.

DATED this 28th day of August, 2023.

**CAMPBELL & WILLIAMS**

By: /s/ *J. Colby Williams*
    J. COLBY WILLIAMS (Nev. Bar No. 5549)
    jcw@cwlawlv.com
    710 South Seventh Street, Suite A
    Las Vegas, Nevada 89101
    Telephone: (702) 382-5222

**PAUL HASTINGS LLP**
JAMES M. PEARL (*pro hac vice*)
jamespearl@paulhastings.com
EMMA FARROW (*pro hac vice*)
emmafarrow@paulhastings.com
1999 Avenue of the Stars, 27th Fl.
Century City, California  90067
Telephone:  (310) 620-5700

ADAM M. REICH (*pro hac vice*)
adamreich@paulhastings.com
71 South Wacker Drive, 45th Fl.
Chicago, Illinois 60606
Telephone:  (312) 499-6000

*Attorneys for Defendant Ryan Garcia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2023, I caused a true and correct copy of the foregoing **Defendant Ryan Garcia's Certificate of Interested Parties** to be served via the United States District Court CM/ECF system on all parties or persons requiring notice.

      /s/ *J. Colby Williams*
An employee of Campbell & Williams