UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, | Case No.: 2:23-cv-00942-APG-VCF |
| Plaintiff | **Order Denying Motions to Dismiss as Moot** |
| v. | [ECF Nos. 20, 22] |
| RYAN GARCIA and GUADALUPE VALENCIA, | |
| Defendants | |

In light of the amended complaint (ECF No. 30),

I ORDER that the defendants' motions to dismiss **(ECF Nos. 20, 22) are DENIED as moot** because they are directed at the original complaint.

DATED this 5th day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE