RICARDO P. CESTERO (*Pro Hac Vice*)
RCestero@ggfirm.com
VISHWANATH MOHAN (*Pro Hac Vice*)
VMohan@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:   310-553-3610
Facsimile:   310-553-0687

TODD E. KENNEDY, Bar #6014
tkennedy@kclawnv.com
KENNEDY & COUVILLIER PLLC
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Telephone: 702.605.3440
Fax: 702.625.6367

Attorneys for Plaintiff Golden Boy Promotions, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN GARCIA, an individual, GUADALUPE VALENCIA, an individual and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00942-APG-VCF<br><br>**JOINT STATUS REPORT RE MEDIATION** |

17896-00641/4973018.1

Pursuant to the Court's September 18, 2023 Order (Dkt. #36), Plaintiff Golden Boy Promotions, LLC ("Plaintiff") and Defendants Ryan Garcia ("Garcia") and Guadalupe Valencia ("Valencia") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby provide this Joint Status Report re Mediation.

The Parties conducted a mediation as agreed on October 18, 2023 before the Hon. Jay C. Gandhi, Ret.  The parties have agreed to continue their discussions for an additional two (2) weeks from the date of the mediation.

DATED:  October 25, 2023

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: [signature]
RICARDO P. CESTERO
VISHWANATH MOHAN
Attorneys for Plaintiff Golden Boy Promotions, LLC

DATED:  October 25, 2023

PAUL HASTINGS LLP

By: /s/ *James Pearl*
JAMES M. PEARL
EMMA FARROW
Attorneys for Defendant Ryan Garcia

DATED:  October 25, 2023

EISNER, LLP

By: /s/ *Jeremiah Reynolds*
JEREMIAH REYNOLDS
KATHERINE PIERUCCI
Attorneys for Defendant Guadalupe Valencia