UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>RYAN GARCIA, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00942-APG-VCF<br><br>**Order** |

On October 25, 2023, the parties advised the court that they participated in a mediation on October 18, 2023 and agreed to continue discussions for another two weeks. ECF No. 37. The parties have not updated the court on the status of this case since that time.

I THEREFORE ORDER that by January 26, 2024, the parties shall file a status report regarding the mediation and whether the stay in this case should be lifted.

DATED this 5th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE