1  RICARDO P. CESTERO
   RCestero@ggfirm.com
2  VISHWANATH MOHAN
   VMohan@ggfirm.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  2049 Century Park East, Suite 2600
   Los Angeles, California  90067
5  Telephone:     310-553-3610
   Facsimile:     310-553-0687
6
7  Attorneys for Plaintiff Golden Boy Promotions, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,, | Case No. 2:23-cv-00942-APG-DJA |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF CO-COUNSEL OF RECORD** |
| v. | |
| RYAN GARCIA, an individual, GUADALUPE VALENCIA, an individual and DOES 1 through 25, inclusive, | |
| Defendants . | |

GREENBERG GLUSKER
FIELDS CLAMAN &
MACHTINGER LLP
Attorneys at Law
Los Angeles

17896-00641/5016550.1

NOTICE OF WITHDRAWAL OF CO-COUNSEL

Per LR IA 11-6(b) and (c), co-counsel for plaintiff *Golden Boy Promotions, LLC*, Maximiliano D. Couvillier III, Esq., hereby withdraws from the matter as co-counsel of record for defendants. Todd E. Kennedy, Esq., Ricardo Cestero, Esq. and Vishwanath Mohan, Esq. remain as counsel of record for plaintiff.

/s/Maximiliano D. Couvillier III
Maximiliano D. Couvillier III, Esq.
(Bar #7661)

/s/Ricardo Cestero
Ricardo Cestero, Esq. (Pro Hac Vice)

Print: Eric Gomez
For *Plaintiff Golden Boy Promotions, LLC.*

IT IS SO ORDERED. Maximiliano D. Couvillier III, Esq. is hereby discharged from the matter.

Dated: 1/16/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that on December 22, 2023, I filed the foregoing document using the Court's electronic filing and service system, which provides service to the following registered users:

Adam M. Reich    adamreich@paulhastings.com, heathercopeland@paulhastings.com, melicakajeh@paulhastings.com

Emma Farrow    emmafarrow@paulhastings.com

J Colby Williams    jcw@cwlawlv.com, anr@cwlawlv.com, cbb@cwlawlv.com, jyc@cwlawlv.com, maw@cwlawlv.com, nsh@cwlawlv.com, pre@cwlawlv.com, srm@cwlawlv.com

James Pearl    jamespearl@paulhastings.com, CalendarResources@paulhastings.com

Maximiliano D Couvillier , III    mcouvillier@kclawnv.com, tkennedy@kclawnv.com

Todd E. Kennedy    tkennedy@kclawnv.com, mcouvillier@kclawnv.com

*/s/Ricardo Cestero*
Ricardo Cestero, Esq.

17896-00641/5016550.1

PROOF OF SERVICE