RICARDO P. CESTERO (*Pro Hac Vice*)
RCestero@ggfirm.com
VISHWANATH MOHAN (*Pro Hac Vice*)
VMohan@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:   310-553-3610
Facsimile:   310-553-0687

TODD E. KENNEDY, Bar #6014
tkennedy@kclawnv.com
KENNEDY & COUVILLIER PLLC
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Telephone: 702.605.3440
Fax: 702.625.6367

Attorneys for Plaintiff Golden Boy Promotions, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GARCIA, an individual, GUADALUPE VALENCIA, an individual and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00942-APG-VCF<br><br>**JOINT STATUS REPORT RE MEDIATION** |

GREENBERG GLUSKER
FIELDS CLAMAN &
MACHTINGER LLP
Attorneys at Law
Los Angeles

17896-00641/5054741.1

JOINT STATUS REPORT RE MEDIATION

Pursuant to the Court's January 4, 2024 Order (Dkt. #40), Plaintiff Golden Boy Promotions, LLC ("Plaintiff") and Defendants Ryan Garcia ("Garcia") and Guadalupe Valencia ("Valencia") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby provide this Joint Status Report re Mediation.

As reported in their October 25, 2023 Joint Status Report re Mediation, the Parties conducted a mediation on October 18, 2023 and agreed to continue their discussions thereafter. The Parties continue to discuss settlement with the most recent proposal having been exchanged earlier this week.

DATED: January 26, 2024

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Ricardo P. Cestero
RICARDO P. CESTERO
VISHWANATH MOHAN
Attorneys for Plaintiff Golden Boy Promotions, LLC

DATED: January 26, 2024

PAUL HASTINGS LLP

By: /s/James Pearl
JAMES M. PEARL
EMMA FARROW
Attorneys for Defendant Ryan Garcia

DATED: January 26, 2024

EISNER, LLP

By: /s/Jeremiah Reynolds
JEREMIAH REYNOLDS
KATHERINE PIERUCCI
Attorneys for Defendant Guadalupe Valencia

**CERTIFICATE OF SERVICE**

I certify that on January 26, 2024, I filed the foregoing document using the Court's electronic filing and service system, which provides service to the following registered users:

Adam M. Reich    adamreich@paulhastings.com, heathercopeland@paulhastings.com, melicakajeh@paulhastings.com

Emma Farrow    emmafarrow@paulhastings.com

J Colby Williams    jcw@cwlawlv.com, anr@cwlawlv.com, cbb@cwlawlv.com, jyc@cwlawlv.com, maw@cwlawlv.com, nsh@cwlawlv.com, pre@cwlawlv.com, srm@cwlawlv.com

James Pearl    jamespearl@paulhastings.com, CalendarResources@paulhastings.com

Maximiliano D Couvillier, III    mcouvillier@kclawnv.com, tkennedy@kclawnv.com

Todd E. Kennedy    tkennedy@kclawnv.com, mcouvillier@kclawnv.com

*/s/Bonny Garza*
Bonny Garza

17896-00641/5054741.1