UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, | Case No.: 2:23-cv-00942-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| RYAN GARCIA, et al., | |
| Defendants | |

On October 25, 2023, the parties advised the court that they participated in mediation on October 18, 2023 and agreed to continue discussions for another two weeks. ECF No. 37.  In January 2024, the parties advised they were continuing to discuss settlement. ECF No. 43.  The parties have not updated the court on the status of this case since then.

I THEREFORE ORDER that by April 25, 2024, the parties shall file a status report regarding settlement and whether the stay in this case should be lifted.

DATED this 4th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE