RICARDO P. CESTERO (*Pro Hac Vice*)
RCestero@ggfirm.com
VISHWANATH MOHAN (*Pro Hac Vice*)
VMohan@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:     310-553-3610
Facsimile:      310-553-0687

TODD E. KENNEDY, Bar #6014
tkennedy@kclawnv.com
KENNEDY & COUVILLIER PLLC
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Telephone: 702.605.3440
Fax: 702.625.6367

Attorneys for Plaintiff Golden Boy Promotions, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GARCIA, an individual, GUADALUPE VALENCIA, an individual and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00942-APG-VCF<br><br>**STIPULATION OF DISMISSAL**<br><br>*Assigned To:   Hon. Andrew P. Gordon*<br><br>Action Filed:   June 16, 2023 |

17896-00641/5155136.1

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), by and between the parties to this action, Plaintiff Golden Boy Promotions, LLC and Defendant Guadalupe Valencia, through their respective counsel of record, that the above-captioned action (the "Action") be dismissed without prejudice as to Defendant Valencia, with each party to bear its own costs and fees in this Action.

DATED:  April 18, 2024

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: _____
RICARDO P. CESTERO
VISHWANATH MOHAN
Attorneys for Plaintiff Golden Boy Promotions, LLC

DATED:  April 18, 2024

PAUL HASTINGS LLP

By: /s/ Adam Reich
ADAM REICH
JAMES M. PEARL
EMMA FARROW
Attorneys for Defendant Ryan Garcia

DATED:  April 18, 2024

EISNER, LLP

By: /s/ Jeremiah Reynolds
JEREMIAH REYNOLDS
KATHERINE PIERUCCI
Attorneys for Defendant Guadalupe Valencia

GREENBERG GLUSKER
FIELDS CLAMAN &
MACHTINGER LLP
Attorneys at Law
Los Angeles

17896-00641/5155136.1

- 2 -

STIPULATION OF DISMISSAL